```
1   JUSTIN X. WANG (CSB #166183)
    BAUGHMAN & WANG
2   111 Pine Street, Suite 1350
    San Francisco, California 94111
3   Telephone: (415) 576-9923
    Facsimile:  (415) 576-9929
4
    Attorney for Plaintiff
5   HAO CHEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO CHEN,<br><br>         Plaintiff,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>ROBERT S. MUELLER,<br>Director of Federal Bureau of Investigation<br><br>         Defendants. | Case No.: CV 08 2396 EMC<br><br>**PETITION FOR HEARING ON<br>NATURALIZATION APPLICATION<br>UNDER 8 U.S.C. § 1447(B)** |

COMES NOW HAO CHEN, Plaintiff in the above-styled and numbered cause, and for cause of action would show to the Court the following:

1.  This action is brought for a hearing to decide Plaintiff's naturalization application due to Defendants' failure to adjudicate the application within 120 days after the first examination in violation of the Immigration and Nationality Act ("INA") § 336(b) and 8 U.S.C. §1447(b).

**PARTIES**

2.  Plaintiff HAO CHEN, a native and citizen of the People's Republic of China, is a lawful permanent resident of the United States. On August 1, 2005, Plaintiff's Form N-400, Application for Naturalization was received by the U.S. Immigration and Naturalization Service, or U.S.C.I.S. (**Exhibit 1**). Plaintiff was interviewed for his naturalization application on December 31, 2005 (**Exhibit 2**). Defendants have failed to make a decision on the application within 120 days after the examination.

3.  Defendant Michael Chertoff is the Secretary of the Department of Homeland Security

1  (DHS), and this action is brought against him in his official capacity. He is generally charged with
2  enforcement of the Immigration and Nationality Act, and is further authorized to delegate such
3  powers and authority to subordinate employees of the DHS. 8 U.S.C. §1103(a); 8 C.F.R. § 2.1.
4     4.   Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI),
5  the law enforcement agency that conducts security clearances for other U.S. government agencies,
6  such as the Department of State. As will be shown, Defendant has failed to complete the security
7  clearances on Plaintiff's cases.

## JURISDICTION

9  5. Jurisdiction in this case is proper under the INA § 336(b) and 8 U.S.C. §1447(b). Relief is
10 requested pursuant to said statutes.

## VENUE

12 6. Venue is proper in this court, pursuant to 8 U.S.C. §1447(b), in that Plaintiff may request a
13 hearing on the matter in the District where Plaintiff resides.

## CAUSE OF ACTION

15 7. Plaintiff is a lawful permanent resident of the United States. On August 1, 2005,
16 Plaintiff's Form N-400, Application for Naturalization was received by the U.S. Immigration and
17 Naturalization Service, or U.S.C.I.S. (**Exhibit 1**). Plaintiff was interviewed for his naturalization
18 application on December 13, 2005 (**Exhibit 2**). Defendants have failed to make a decision on the
19 application within 120 days after the examination. Plaintiff's Application for Naturalization has
20 now remained un-adjudicated for almost 29 months from the date of the interview.
21 8. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to
22 applicable requirements.
23 9. Defendants, in violation of 8 U.S.C. § 1447 (b), have failed to make a determination on
24 Plaintiff's naturalization application within the 120-day period after the date of examination.

## PRAYER

26 10. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff
27 respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,
28 the Court enter an order adjudicating the naturalization application. In the alternative, the Court

may remand requiring Defendants to immediately adjudicate Plaintiff's naturalization application. In addition, Plaintiff requests an award of reasonable attorney's fees under the Equal Access to Justice Act and such other relief at law and in equity as justice may require.

Dated: May 7, 2008                                       Respectfully submitted,

                                                         _____
                                                         Justin X. Wang, Esq.
                                                         Attorney for Plaintiff

## LIST OF ATTACHMENTS

| *Exhibit* | *Description* |
|---|---|
| 1 | N-400 Receipt Notice |
| 2 | N-652, Naturalization Interview Results |

---

Case No.:
PETITION FOR HEARING ON NATURALIZATION APPLICATION   4   F:\LING MIAO\1447b\CHEN, Hao\Complaint.wpd

Ex. 1

**I-797C, Notice of Action**

Department of Homeland Security
U.S. Citizenship and Immigration Services

| | |
|---|---|
| Receipt | NOTICE DATE: August 01, 2005 |
| | INS A#: A 075 678 425 |
| CASE TYPE: N400 Application For Naturalization | |
| APPLICATION NUMBER: LIN*000805336 | RECEIVED DATE: July 25, 2005 |
| | PRIORITY DATE: July 25, 2005 |
| | PAGE: 1 of 1 |

PAYMENT INFORMATION:

Single Application Fee: $390.00
Total Amount Received: $390.00
Total Balance Due: $0.00

APPLICANT NAME AND MAILING ADDRESS:
HAO CHEN
14976 NW DEERFOOT LANE
PORTLAND OR 97229

lllulnhlhlnllnlln

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:           April 04, 1964
Address Where You Live: 14976 NW DEERFOOT LANE
                        PORTLAND OR 97229

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 180 days of this notice.

office - JF
12/12

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
PO BOX 87400
LINCOLN NE 68501-

INS Customer Service Number:
(800) 375-5283

APPLICANT COPY

LIN$000755775



Form I-797C (Rev. 01/31/05) N

Ex. 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: 75 678 425

On 12/13/05, you were interviewed by USCIS officer JF

[☒] You passed the tests of English and U.S. history and government.

[ ] You passed the tests of U.S. history and government and the English language requirement was waived.

[ ] USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

[ ] You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

[ ] You will be given another opportunity to be tested on your knowledge of U.S. history and government.

[ ] Please follow the instructions on Form N-14.

[☒] USCIS will send you a written decision about your application.

[ ] You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ✓ A decision cannot yet be made about your application.    Waiting for Security Clearance only

It is very important that you:

[☒] Notify USCIS if you change your address

[☒] Come to any scheduled interview.

[☒] Submit all requested documents.

[☒] Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

[☒] Go to any Oath Ceremony that you are scheduled to attend.

[☒] Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N