1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  HAO CHEN,                          )
                                       ) No. C 08-2396 EMC
13              Plaintiff,             )
                                       )
14         v.                          )
                                       ) **STIPULATION TO EXTEND DATES;**
15  MICHAEL CHERTOFF, Secretary of the ) **and [PROPOSED] ORDER**
    Department of Homeland Security;   )
16  ROBERT S. MUELLER, Director of     )
    Federal Bureau of Investigations,  )
17                                     )
                Defendants.            )
18  _____)

19      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20  of record, hereby stipulate, subject to the approval of the Court, to the following:

21      1. Plaintiff filed this action on or about May 9, 2008. Defendants' answer is currently due on

22  July 11, 2008.

23      2. Pursuant to this Court's May 9, 2008 Order Setting Initial Case Management Conference,

24  the parties are required to file a joint case management statement on August 6, 2008, and attend a

25  case management conference on August 13, 2008.

26      3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint

27  case management statement, and possibly administratively resolve the case, the parties hereby

28  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stipulation for Extension
C 08-2396 EMC                                    1

| | | |
|---|---|---|
| 1 | Last day to file Defendants' Answer: | August 20, 2008 |
| 2 | Last day to file Joint ADR Certification: | August 27, 2008 |
| 3 | Last day to file/serve Joint Case Management Statement: | September 10, 2008 |
| 4 | Case Management Conference: | September 17, 2008, at 1:30 p.m. |

Date: July 10, 2008              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: July 10, 2008              JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   July 14, 2008            _____
EDWARD M. CHEN
United States

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation for Extension
C 08-2396 EMC                                2