JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAO CHEN, | ) |
| | ) No. C 08-2396 EMC |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security; | ) |
| ROBERT S. MUELLER, Director of | ) |
| Federal Bureau of Investigations, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration

Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

within 30 days of the dismissal of this action.

///

///

///

///

///

Stipulation to Dismiss
C 08-2396 EMC          1

1    Each of the parties shall bear their own costs and fees.

2  Date: July 25, 2008                    Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
4

5                                          _____/s/_____
                                           EDWARD A. OLSEN[1]
6                                          Assistant United States Attorney
                                           Attorneys for Defendants
7

8                                          _____/s/_____
9  Date: July 24, 2008                    JUSTIN X. WANG
                                           Attorney for Plaintiff
10

11                                **ORDER**

12    Pursuant to stipulation, IT IS SO ORDERED.

13  Date:    July 25, 2008

14                                          _____
                                           EDWARD M. CHEN
15                                         United States Magistrate

16

17

18

19

20

21

22

23

24

25

26  _____

27    [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 08-2396 EMC                          2